FILED
IN OPEN COURT

APR 1 6 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:25-cr-44 |
| v. | 18 U.S.C. §§ 2251(a) and (e)<br>Conspiracy to Produce Visual Depictions<br>of Minors Engaging in Sexually Explicit<br>Conduct<br>(Count 1) |
| CORY RICHARD HAMBLEY<br>(Counts 1–8, 10–11) | |
| and | 18 U.S.C. §§ 2251(a) and 2<br>Production of Visual Depictions of a<br>Minor Engaging in Sexually Explicit<br>Conduct<br>(Counts 2–3) |
| GRACE ELIZABETH PARADIS,<br>(Counts 1–3, 5, 9–11) | |
| Defendants. | 18 U.S.C. § 2252(a)(2)<br>Distribution of Visual Depictions of<br>Minors Engaging in Sexually Explicit<br>Conduct<br>(Counts 4–5) |
| | 18 U.S.C. § 2252(a)(4)(B)<br>Possession of Visual Depictions of Minors<br>Engaging in Sexually Explicit Conduct<br>(Counts 6–8) |
| | 18 U.S.C. § 2252(a)(1)<br>Transportation of Visual Depictions of<br>Minors Engaging in Sexually Explicit<br>Conduct<br>(Count 9) |
| | 18 U.S.C. §§ 2422(b) and 2<br>Use of an Interstate Commerce Facility to<br>Entice a Minor to Engage in Sexual<br>Activity<br>(Counts 10–11) |
| | 18 U.S.C. §§ 2253 and 2428, and 21<br>U.S.C. § 853(p)<br>Criminal Forfeiture |

## INDICTMENT

April 2025 Term – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

## DEFINITIONS

1.       The term "minor" is defined as set forth in Title 18, United States Code, Section 2256(1).

2.       The term "sexually explicit conduct" is defined as set forth in Title 18, United States Code, Section 2256(2)(A).

3.       The term "visual depiction" is defined as set forth in Title 18, United States Code, Section 2256(5).

## INTRODUCTION

At all times relevant to this Indictment:

4.       The defendants, CORY RICHARD HAMBLEY and GRACE ELIZABETH PARADIS, resided in the Eastern District of Virginia.

5.       The internet is a means and facility of interstate and foreign commerce.

6.       The defendants, CORY RICHARD HAMBLEY and GRACE ELIZABETH PARADIS, communicated using their internet-enabled cell phones, which utilized facilities and means of interstate and foreign commerce, and which are materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

7.       Google Drive is a cloud-based storage service that uses the internet and its use entails a means of interstate and foreign commerce.  Users of Google Drive may upload files of any kind, including text, image, audio, and video files, to their allocated storage and share those

2

files with other users. Similar to a desktop computer's file system, users may organize their files using folders and subfolders. Google Drive users may share access to folders with other users, enabling those other users to view and upload files to shared folders.

COUNT ONE

(Conspiracy to Produce Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

8.      Between on or about January 5, 2023, and on or about October 22, 2024, in the Eastern District of Virginia and elsewhere, the defendants, CORY RICHARD HAMBLEY and GRACE ELIZABETH PARADIS, knowingly and willfully conspired and agreed with each other to knowingly employ, use, persuade, induce, entice, and coerce minors, namely Minor Victim 1 and Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and the defendants knew and had reason to know that such visual depictions would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions had actually been transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

PURPOSE AND ACTS IN FUTHERANCE

9.      The purpose and object of the conspiracy was to use Minor Victim 1 and Minor Victim 2 to create sexually explicit images and videos and to share and distribute those images and videos.

10.      To accomplish the objectives of the conspiracy, in the Eastern District of Virginia

3

and elsewhere, and in furtherance thereof, the defendants, CORY RICHARD HAMBLEY and

GRACE ELIZABETH PARADIS, committed, among other acts, the following overt acts:

11.    On or about February 10, 2023, HAMBLEY sent several messages to PARADIS

using the internet in which he asked PARADIS send him sexually explicit images and videos of

Minor Victim 2, who was at the time 10 years old.  HAMBLEY told PARADIS, "You could use

Benadryl, or roofies . . . but my ask is for the webcam to be turned on so I can watch you and her

take pictures together."

12.    On or about March 19, 2023, in communications using the internet, HAMBLEY

requested that PARADIS record videos in exchange for HAMBLEY giving PARADIS money to

pay her rent, asking if PARADIS was "willing to work for it."  HAMBLEY told PARADIS,

"[F]or that much money I need you to do things for me."

13.    On or about March 24, 2023, in communications using the internet, HAMBLEY

told PARADIS to record a video of Minor Victim 1 and Minor Victim 2 showering.

HAMBLEY told PARADIS, "[M]ake sure you help them get soapy."

14.    On or about May 7, 2023, in communications using the internet, PARADIS told

HAMBLEY that she planned to give Minor Victim 1 and Minor Victim 2 a bath.  HAMBLEY

requested that PARADIS send HAMBLEY "pics."

15.    PARADIS sent HAMBLEY eight photographs of Minor Victim 1 and Minor

Victim 2 nude in a bathtub.  In some of the photographs, the pubic area of Minor Victim 1 is

visible.

16.    On or about May 12, 2023, in communications using the internet, HAMBLEY

asked PARADIS to take photographs and videos of PARADIS engaging in sexual acts with

Minor Victim 1.

17.    PARADIS sent HAMBLEY a photograph of Minor Victim 1 in which her vaginal area is the focus of the photograph.

18.    HAMBLEY directed PARADIS to photograph herself performing a sexual act on Minor Victim 1.

19.    PARADIS sent HAMBLEY a photograph depicting PARADIS performing a sexual act on the vaginal area of Minor Victim 1.

20.    HAMBLEY requested from PARADIS a "[c]ouple more please."

21.    PARADIS sent HAMBLEY a second photograph depicting PARADIS performing a sexual act on the vaginal area of Minor Victim 1.

22.    On or about November 25, 2023, in communications using the internet, PARADIS sent HAMBLEY a video depicting PARADIS performing a sexual act on the vaginal area of Minor Victim 1.

23.    On or about November 25, 2023, in communications using the internet, PARADIS sent HAMBLEY a photograph of Minor Victim 2 in which her vaginal area is the focus of the photograph.

24.    On or about November 25, 2023, in communications using the internet, PARADIS sent HAMBLEY a video depicting PARADIS performing a sexual act on the vaginal area of Minor Victim 2.

25.    On or about December 8, 2023, in communications using the internet, HAMBLEY and PARADIS discussed a video that PARADIS recorded depicting PARADIS, Minor Victim 1, and Minor Victim 2 showering while nude. PARADIS told HAMBLEY that she could not send the video to HAMBLEY because the file was too large. PARADIS offered to transfer the video to a "memory card" and give it to HAMBLEY. HAMBLEY, using Google

5

Drive, caused to be sent to PARADIS an email invitation to upload files to a folder within HAMBLEY's Google Drive storage. HAMBLEY directed PARADIS to "put all of the files there for me," referring to the Google Drive folder.

26.    PARADIS uploaded a video file, **20231113_211830.mp4**, to HAMBLEY's Google Drive folder. The 51-minute 9-second video depicts PARADIS, Minor Victim 1, and Minor Victim 2 showering while nude. In the video, PARADIS shaves the vaginal area of Minor Victim 2 and appears to manipulate the vaginal area of Minor Victim 2 with PARADIS's fingers. At the time, Minor Victim 2 was 11 years old.

(All in violation of Title 18, United States Code, Sections 2251(a) and (e).)

6

COUNT TWO
(Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct)

Between on or about January 5, 2023 and on or about October 22, 2024, in the Eastern District of Virginia and elsewhere, the defendants, CORY RICHARD HAMBLEY and GRACE ELIZABETH PARADIS, attempted to and did employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that such visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and aided and abetted the same.

(In violation of Title 18, United States Code, Sections 2251(a) and 2.)

7

## COUNT THREE
(Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct)

Between on or about January 5, 2023 and on or about October 22, 2024, in the Eastern District of Virginia and elsewhere, the defendants, CORY RICHARD HAMBLEY and GRACE ELIZABETH PARADIS, attempted to and did employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that such visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and aided and abetted the same.

(In violation of Title 18, United States Code, Sections 2251(a) and 2.)

8

## COUNT FOUR
(Distribution of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

Between on or about March 24, 2023 and on or about June 11, 2024, in the Eastern District of Virginia and elsewhere, the defendant, CORY RICHARD HAMBLEY, attempted to and did knowingly distribute a visual depiction, using a means and facility of interstate and foreign commerce, which had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, and the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(2).)

<u>COUNT FIVE</u>
(Distribution of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

Between on or about March 24, 2023 and on or about December 8, 2023, in the Eastern District of Virginia and elsewhere, the defendants, CORY RICHARD HAMBLEY and GRACE ELIZABETH PARADIS, attempted to and did knowingly distribute a visual depiction, using a means and facility of interstate and foreign commerce, which had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, and the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, and aided and abetted the same.

(In violation of Title 18, United States Code, Sections 2252(a)(2) and 2.)

10

<u>COUNT SIX</u>
(Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

On or about November 18, 2024, in the Eastern District of Virginia, the defendant,

CORY RICHARD HAMBLEY, did knowingly possess one or more matters, namely a Dell

OptiPlex 3080 computer bearing service tag number HXMGZB3, which contained a visual

depiction that had been shipped and transported using a means and facility of interstate and

foreign commerce, and in and affecting interstate and foreign commerce, and which were

produced using materials which had been mailed and so shipped and transported, by any means

including by computer, and the production of such visual depictions involved the use of minors,

including prepubescent minors and minors who had not attained 12 years of age, engaging in

sexually explicit conduct, and such visual depictions were of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B).)

## COUNT SEVEN
(Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

On or about November 18, 2024, in the Eastern District of Virginia, the defendant,

CORY RICHARD HAMBLEY, did knowingly possess one or more matters, namely a Samsung

Galaxy S22 Ultra cell phone (IMEI 354214988878048), which contained a visual depiction that

had been shipped and transported using a means and facility of interstate and foreign commerce,

and in and affecting interstate and foreign commerce, and which were produced using materials

which had been mailed and so shipped and transported, by any means including by computer,

and the production of such visual depictions involved the use of minors, including prepubescent

minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct,

and such visual depictions were of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B).)

12

## COUNT EIGHT
(Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

On or about November 18, 2024, in the Eastern District of Virginia, the defendant,

CORY RICHARD HAMBLEY, did knowingly possess one or more matters, namely a Samsung

Galaxy S8 cell phone (IMEI 357753081065008), which contained a visual depiction that had

been shipped and transported using a means and facility of interstate and foreign commerce, and

in and affecting interstate and foreign commerce, and which were produced using materials

which had been mailed and so shipped and transported, by any means including by computer,

and the production of such visual depictions involved the use of minors, including prepubescent

minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct,

and such visual depictions were of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B).)

<u>COUNT NINE</u>
(Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

Between on or about November 26, 2024 and December 12, 2024, in the Eastern District of Virginia and elsewhere, the defendant, GRACE ELIZABETH PARADIS, did knowingly transport, using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means including by computer and mails, a visual depiction, the producing of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(1).)

14

COUNT TEN
(Use of an Interstate Commerce Facility to Entice a Minor to Engage in Sexual Activity)

Between on or about January 5, 2023 and on or about October 22, 2024, in the Eastern District of Virginia and elsewhere, the defendants, CORY RICHARD HAMBLEY and GRACE ELIZABETH PARADIS, attempted to and did use a facility of interstate and foreign commerce to knowingly persuade, induce, entice and coerce an individual, namely Minor Victim 1, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, namely production of a visual depiction of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2251(a), and aided and abetted the same.

(In violation of Title 18, United States Code, Sections 2422(b) and 2.)

15

## COUNT ELEVEN
(Use of an Interstate Commerce Facility to Entice a Minor to Engage in Sexual Activity)

Between on or about January 5, 2023 and on or about October 22, 2024, in the Eastern District of Virginia and elsewhere, the defendant, CORY RICHARD HAMBLEY and GRACE ELIZABETH PARADIS, attempted to and did use a facility of interstate and foreign commerce to knowingly persuade, induce, entice and coerce an individual, namely Minor Victim 2, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, namely production of a visual depiction of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2251(a), and aided and abetted the same.

(In violation of Title 18, United States Code, Sections 2422(b) and 2.)

## CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

A.      Upon conviction of any of the violations alleged in Counts One, Two, Three, Four, Five, Six, Seven, Eight, or Nine of this Indictment, the defendants, CORY RICHARD HAMBLEY and GRACE ELIZABETH PARADIS, shall forfeit to the United States:

> 1.      Any and all matter which contains child pornography, or any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 produced, transported, mailed, shipped, distributed, or received in violation of Title 18, United States Code, Section 2251 *et seq.*;

> 2.      Any and all property, real and personal, used or intended to be used in any manner or part to commit or promote the commission of violations of Title 18, United States Code, Section 2251 et seq., and any property traceable to such property;

> 3.      Any and all property, real and personal, constituting, derived from, or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2251 *et seq.*

B.      Upon conviction of either of the violations alleged in Counts Ten or Eleven of this Indictment, the defendants, CORY RICHARD HAMBLEY and GRACE ELIZABETH PARADIS, shall forfeit to the United States:

> 1.      Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation;

> 2.      Any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation.

17

C.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Sections 2253 and 2428(a), and Title 21, United States Code, Section 853(p).)

.

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

*United States of America v. Cory Richard Hambley et al.*
2:25-cr-  44

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON


ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____
    Anthony C. Marek
    Assistant United States Attorney
    State Bar of Michigan #P76767
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, VA 23510
    Office: (757) 441-6331
    Fax: (757) 441-6689
    Email: Anthony.Marek@usdoj.gov