IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CORY RICHARD HAMBLEY,<br><br>Defendant. | Case No. 2:25-cr-44 |

**DEFENSE UNOPPOSED MOTION TO CONTINUE SENTENCING**

The defendant Cory Richard Hambley, by and through his attorneys, Robert C. Gottlieb, Gottlieb Townsend, and Mario Lorello, Zoby & Broccoletti P.C., respectfully move for a continuance of the January 7, 2026 sentencing date in this matter. The defense has communicated with Assistant United States Attorney Rebecca Gantt, who has indicated that the Government does not oppose this request.

For the reasons detailed below, the defense respectfully requests to continue the sentencing date to an agreeable date in March 2026 so that the defense can complete neuropsychological testing to use as mitigation at sentencing.

1. On April 24, 2025, Mr. Hambley was arrested pursuant to an indictment on the following charges: two counts of Conspiracy to Produce Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2251(a) and (e), two counts of Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2251(a), two counts of Distribution of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(2), two counts of Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(4)(b) and two

counts of Use of an Interstate Commerce Facility to Entice a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2242(b).

2.     On September 3, 2025, Mr. Hambley pleaded guilty to Counts One and Ten of the Indictment. *See* ECF No. 53. Count One charges Mr. Hambley with conspiracy to produce visual depictions of minors engaging in sexually explicit conduct, in violation of 18 U.S.C. §§ 2251(a) and (e), which carries with it a mandatory minimum term of imprisonment of 15 years. *Id*, at 1. Count Ten charges Mr. Hambley with use of an interstate commerce facility to entice a minor to engage in sexual activity, in violation of 18 U.S.C. §§ 2422(b) and 2, which carries with it a mandatory minimum term of imprisonment of 10 years. *Id*.

3.     Additionally, on September 3, 2025, the Court granted Mr. Hambley's motion to obtain neuropsychological testing, including an EEG and MRI. *See* ECF No. 57.

4.     Following the Court Order (ECF No. 57), the defense has been consistently in touch with Wanda Prescott, Medical Services Analyst, Western Tidewater Regional Jail, as well as the United States Marshals concerning Mr. Hambley's MRI, EEG, and neuropsychological testing.

5.     To date, the Western Tidewater Regional Jail and the United States Marshals Service were able to successfully coordinate and complete the MRI for Mr. Hambley. However, despite the best efforts of the medical staff at the jail, there has been difficulty locating a doctor who is willing to accept an incarcerated patient specifically for the EEG and neuropsychological testing. *See, generally,* Emails between Wanda Prescott and Kaylee Kreitenberg, Esq, attached as Exhibit A.

6.     As recently as October 8, 2025, the defense was advised by H. Kelly Crutchley, CBH Medical Administrative Assistant, Western Tidewater Regional Jail, that she was waiting on approval from the provider to move forward with scheduling the EEG and neuropsychological

testing for Mr. Hambley. *See* October 8, 2025 Email from Kelly Crutchley to Kaylee Kreitenberg, Esq., attached as Exhibit B.

7. On October 9, 2025, Ms. Crutchley promptly followed up with the defense to inform us that the doctor she had reached out to decided not to accept Mr. Hambley as a patient but that she remained committed to securing a specialist who would meet the clinical and logistical needs of the case. *See* October 9, 2025 Email from Kelly Crutchley to Kaylee Kreitenberg, Esq., attached as Exhibit C.

8. Less than a few weeks later, on or about October 21, 2025, the defense followed up with Ms. Crutchley via telephone and was informed that a doctor was still not identified to perform the requested testing. As a result, the defense decided to make our own efforts to identify a doctor that would be willing to go to the jail to evaluate Mr. Hambley instead since it became clear that most doctors do not accept incarcerated patients to be transferred to their offices for evaluation and testing.

9. Since October 21, 2025, the defense has reached out to at least four neuropsychologists, all of whom do not have availability to accept new clients until early January.

10. The defense has made every effort to complete all testing prior to the January 2026 sentencing date but due to the upcoming holidays and the doctors' limited availability, it has become impossible.

11. Accordingly, the defense needs additional time to retain a neuropsychologist that will be able to evaluate Mr. Hambley January 2026 at the Western Tidewater Regional Jail to use as mitigation at sentencing. In fact, the defense has been in contact with an expert who has already agreed to evaluate Mr. Hambley the week of January 12, 2026. Moreover, the defense is confident that a brief continuance to March 2026, an additional two months, will be enough time to ensure that

all testing will be completed prior to sentencing. The defense will not request any further continuance beyond March 2026. No prior motions to continue or adjourn sentencing have been filed on Mr. Hambley's behalf.

12. For the reasons stated above, the defense respectfully requests that the Court continue the sentencing date to an agreeable date in March 2026.

DATED:   November 12, 2025
         New York, New York

Respectfully submitted,

Cory Richard Hambley
By Counsel

By:   _____/s/_____
      Robert Curtis Gottlieb
      NY Bar#: 1118975
      GOTTLIEB TOWNSEND
      111 Broadway
      Suite 701
      New York, NY 10006
      rgottlieb@gottliebtownsend.com
      ***PRO HAC VICE***

By:   _____/s/_____
      S. Mario Lorello
      VSB# 80629
      Counsel for Cory Hambley
      ZOBY & BROCCOLETTI, P.C.
      6663 Stoney Point South
      Norfolk, VA 23502
      mario@zobybroccoletti.com