# EXHIBIT A

*FILED UNDER SEAL*

# EXHIBIT B

*FILED UNDER SEAL*

# EXHIBIT C

*FILED UNDER SEAL*

# EXHIBIT D

*FILED UNDER SEAL*

# EXHIBIT E

*FILED UNDER SEAL*

# EXHIBIT F

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle)<br>HAMBLEY, CORY RICHARD | 2. DEPARTMENT, COMPONENT AND BRANCH<br>NAVY-USN | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK<br>FCAC | b. PAY GRADE<br>E7 | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE<br>(YYYYMMDD) NA |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY<br>BROOKLYN NY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND<br>COMNAVSURFLANT | b. STATION WHERE SEPARATED<br>TRANSACTION SERVICE CTR NORVA |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED<br>NA | 10. SGLI COVERAGE ☐ NONE<br>AMOUNT: $400,000 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 725A COMBAT SYSTEMS SENIOR ENLISTED 3YRS 10MOS  X          X          X          X          X | a. DATE ENTERED AD THIS PERIOD | 2001 | 07 | 19 |
| V56A COMBAT SYSTEMS MAINTENANCE MANAGER (CSMM), COMMERCIAL OFF-THE-SHELF (COTS) 4YRS | b. SEPARATION DATE THIS PERIOD | 2021 | 07 | 31 |
| 0MOS   X          X          X          X          X | c. NET ACTIVE SERVICES THIS PERIOD | 20 | 00 | 12 |
| V74A AEGIS WEAPON SYSTEM (AWS)  "SEE REMARKS" | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 00 | 00 |
| | g. SEA SERVICE | 07 | 04 | 02 |
| | h. INITIAL ENTRY TRAINING | 00 | 10 | 22 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2016 | 11 | 16 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)<br>GOOD CONDUCT MEDAL (6);NAVY AND MARINE CORPS ACHIEVEMENT MEDAL (8);NAVY PISTOL SHARPSHOOTER RIBBON (1);SEA SERVICE DEPLOYMENT RIBBON (4);ARMED FORCES EXPEDITIONARY MEDAL (1);GLOBAL  "SEE REMARKS" | 14. MILITARY EDUCATION (Course title, number of weeks, and the month and year completed)<br>RECRUIT BASIC MILITARY TNG, 13 WKS, SEP01; ADV ET CORE SELF-PACED, 18 WKS, FEB02; PETTY OFFICER INDOCTRINATION, 1 WKS, FEB02; FC A STRAND, 15 WKS, MAY02; AEGIS FCS/ORTS TRK 2, 33 WKS, JAN03; AEGIS SPEC OPS BRIEF, 1 WKS,          "SEE REMARKS" |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | ☐ | NO |
|---|---|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | YES | X | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, year of commitment:          ) | | YES | X | NO |

| 16. DAYS ACCRUED LEAVE<br>PAID    03.0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | X | |

18. REMARKS

SERIAL NUMBER: N2021073100602-0;TRANSACTION CODE: A;SERVICE MEMBER POST SEPARATION EMAIL ADDRESS: CORYHAMBLEY@GMAIL.COM;42574-21-5002 TW EFFECTIVE DATE OF TRANSFER TO THE FLEET RESERVE 01AUG2021. MEMBER IS SUBJECT TO ACTIVE DUTY RECALL BY THE SECRETARY OF THE NAVY;SERVICE MEMBER POST SEPARATION PHONE NUMBER: 808-838-9244;  X          X          X          X "CONTINUED ON DD-214C"   X          X          X          X          X

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code)<br>33401 TIDEWATER TRAIL  CENTER CROSS VA 22347 | b. NEAREST RELATIVE (Name and address - include ZIP Code)<br>HAMBLEY,CYRINTHIA (SPOUSE) 33401 TIDEWATER TRAIL  CENTER CROSS VA 22347 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)     VA    OFFICE OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS  (WASHINGTON, DC) | X | YES | | NO |

| 21a. MEMBER SIGNATURE<br>HAMBLEY.CORY.RI Digitally signed by HAMBLEY.CORY.RICHARD.1<br>CHARD.1248902619 248902619<br>Date: 2021.07.21 20:28:59 -04'00' | b. DATE (YYYYMMDD)<br>20210721 | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature)<br>CHANDLER.RONALD.UNDRA.1113969 Digitally signed by<br>268 CHANDLER.RONALD.UNDRA.1113969268<br>Date: 2021.07.23 10:14:21 -04'00'<br>GS9, Authorizing Official | b. DATE (YYYYMMDD)<br>20210723 |
|---|---|---|---|

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION<br>Transferred to the Fleet Reserve | 24. CHARACTER OF SERVICE (Include upgrades)<br>HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY<br>MILPERSMAN 1830-040 | 26. SEPARATION CODE<br>NBD | 27. REENTRY CODE<br>RE-2 |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION<br>Sufficient Service For Retirement |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD)<br>TL - NONE | 30. MEMBER REQUESTS COPY 4<br>(Initials)    CRH |
|---|---|

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. | MEMBER - 4 |
|---|---|---|

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY *(Continuation Sheet)*
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME *(Last, First, Middle)* | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| HAMBLEY, CORY RICHARD | NAVY-USN | |

*(Specify the item number of the block continued for each entry.)*

BLK 11 CONT: TECHNICIAN BASELINE 9C AEGIS FIRE CONTROL SYSTEM MK-99 SUPERVISOR 6YRS 10MOS    X
V14A AEGIS FIRE CNTRL SYS MK-99/OP READINESS TEST SYSTEM/BALLISTIC MISSILE DEFENSE (BMD) 3.6 TECH
6YRS 10MOS    X         X         X         X         X         X         X         X
V06A AEGIS FIRE CONTROL SYSTEM (FCS) BALLISTIC MISSILE DEFENSE (BMD) 5.X TECHNICIAN 7YRS 6MOS    X
V12A AEGIS BALLISTIC MISSILE DEFENSE (BMD) 3.6  SUPERVISOR 9YRS 1MO    X         X         X         X
805A INSTRUCTOR 11YRS 1MO    X
825A SAFETY TECHNICIAN 1YR 1MO         X         X         X         X         X         X

BLK 13 CONT: WAR ON TERRORISM EXPEDITIONARY MEDAL (1);GLOBAL WAR ON TERRORISM SERVICE MEDAL
(1);ARMED FORCES SERVICE MEDAL (1);NAVY UNIT COMMENDATION (1);MERITORIOUS UNIT COMMENDATION
(1);NAVY "E" RIBBON (5);NAVY EXPERT RIFLEMAN MEDAL (1);    X         X         X         X

BLK 14 CONT: NOV04; AEGIS SPEC OPS BRIEF, 1 WKS, MAY05; SAFE PROG AFLOAT, 1 WKS, APR06; WK CNTR
SUPV LEADERSHIP COURSE, 1 WKS, JUN06; AEGIS CICTT SHBD, 1 WKS, SEP06; AEGIS CSM T, 1 WKS, APR07; LPO
LEADERSHIP COURSE, 1 WKS, AUG08; AEGIS COMBAT SYS MAINT TEAM, 1 WKS, APR09; NAVY REMEDIAL SWIM
COURSE, 2 WKS, MAY09; RIGID HULL INFLT BOAT COXSWAIN, 2 WKS, MAY09; IDC JOURNEYMAN INSTR TRN
(JIT), 2 WKS, JUL10; AEGIS WEPS MK7 OPER/MAIN TRK 2, 22 WKS, DEC10; AEGIS ADV MK84 400HZ PWR SAGT, 1
WKS, MAY11; BFTT OPER PROCESSOR CONSOLE, 1 WKS, JUN12; THRY MSL SYS SUP/CONS OPS-COTS, 1 WKS,
JAN14; PERF MSL SYS SUP/CONS OPS-COTS, 2 WKS, JAN14; AEGIS FCS/400 HZ COTS DIFF VTP, 4 WKS, JAN14;
AEGIS BMD FUNC DES/OV BL 4.0.1, 1 WKS, FEB14; AEGIS BMD ORTS O&M, 1 WKS, FEB14; AEGIS BMD EMPL
BASELINE 4.0.1, 2 WKS, FEB14; BMD 4.0.1 / 5.0 FCS PIPELINE, 3 WKS, FEB14; CISCO IOS, 1 WKS, APR14; THEORY-
UNIX/SOLARIS/LINUX/VME, 2 WKS, MAY14; THEORY OF NETWORKING MAINTENCE, 2 WKS, MAY14; TACTICAL
OPERATING ENV PIPELIN, 7 WKS, MAY14; PERF SYS MGT B/L 9A/9C, 1 WKS, MAY14; THEORY SYS MGT B/L 9A/9C,
1 WKS, JUN14; PERF COMP SYS INTRO B/L 9A/9C, 2 WKS, JUN14; THRY COMP SYS INTRO B/L 9A/9C, 2 WKS, JUN14;
PERF AN/SPY-1 DET B/L 9A/9C, 1 WKS, JUL14; THEORY AN/SPY-1 DET B/L 9A/9C, 2 WKS, JUL14; PERF CETPS/TRNG
SYS B/L 9A/9C, 1 WKS, JUL14; THRY CETPS/TRNG SYS B/L 9A/9C, 1 WKS, JUL14; PERF AWS OPERATIONS B/L 9A/9C,
2 WKS, JUL14; THRY SPY-1D RADAR SYS B/L 9C, 1 WKS, AUG14; PERF SPY-1D RADAR SYS B/L 9C, 2 WKS, AUG14;
PERF AWS CONT/ENGAGE B/L 9A/9C, 2 WKS, AUG14; THEORY AWS INTRO B/L 9A/9C, 2 WKS, SEP14; PERF AWS
INTRO B/L 9A/9C, 1 WKS, SEP14; AEGIS BALLISTIC MISSILE DEFNSE, 1 WKS, SEP14; THRY AWS CONT/ENGAGE B/L
9A/9C, 2 WKS, SEP14; AEGIS BMD EMPLOYMENT 5.0, 1 WKS, SEP14; AEGIS BMD 5.0 EMPLOYMENT PIPE, 4 WKS,
OCT14; ORCE INT AIR AND MSL DEF, 1 WKS, OCT14; THEORY OF NETWORKING MAINTENCE, 2 WKS, OCT14;
CISCO IOS, 1 WKS, OCT14; AEGIS ASHORE FUNDAMENTALS, 1 WKS, APR15; AEGIS ASHORE INDIV OPER, MSS, 4
WKS, MAY15; AEGIS ASHORE AD WARFRE TM TRNG, 1 WKS, MAY15; AEGIS ASHORE MSS PIPELNES, 7 WKS,
MAY15; CMD DRUG & ALCOHOL PGM ADVISOR, 1 WKS, FEB16; CMD MGT EQUAL OPP PGM MGR, 1 WKS, MAR16;
FIBER OPTICS MAINT TECHNICIAN, 1 WKS, MAY16; AEGIS ASHORE FUNDAMENTALS, 1 WKS, AUG16; AEGIS
ASHORE INDIV OPER, MSS, 4 WKS, SEP16; AEGIS ASHORE AD WARFRE TM TRNG, 1 WKS, SEP16; AEGIS ASHORE
MSS PIPELNES, 7 WKS, SEP16; AEGIS COMBAT SYS MAINT MANAGER, 4 WKS, AUG17; CSMM COTS
MANAGEMENT, 2 WKS, AUG17; COMB SYS SENIOR ENLISTED CRSE, 2 WKS, OCT17; AEGIS ASHORE
FUNDAMENTALS, 1 WKS, APR18; AEGIS ASHORE IOT, CSOOW, 4 WKS, MAY18; AEGIS ASHORE AD WARFRE TM
TRNG, 1 WKS, MAY18; AEGIS ASHORE CSOOW PIPELINE, 7 WKS, MAY18; AEGIS ASHORE FUNDAMENTALS, 1
WKS, NOV19; AEGIS ASHORE IOT, CSOOW, 4 WKS, NOV19; AEGIS ASHORE FUNDAMENTALS, 1 WKS, MAY20;
AEGIS ASHORE IOT, CSOOW, 4 WKS, JUN20; AEGIS ASHORE AD WARFRE TM TRNG, 1 WKS, JUN20; AEGIS ASHORE
CSOOW PIPELINE, 7 WKS, JUN20    X         X         X         X         X         X         X         X
X         X         X         X         X         X         X         X         X         X
     X         X         X         X         X         X         X         X
     X         X         X         X         X         X         X         X
          X         X         X         X         X         X         X         X
     X         X         X         X         X         X         X         X
          X         X         X         X         X         X         X         X
          X         X         X         X         X         X         X         X
               X         X         X         X         X         X         X

| 21a. MEMBER SIGNATURE | b. DATE *(YYYYMMDD)* | 22a. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title, signature)* | b. DATE *(YYYYMMDD)* |
|---|---|---|---|
| HAMBLEY.CORY.RI CHARD.1248902619  *Digitally signed by HAMBLEY.CORY.RICHARD.1 248902619 Date: 2021.07.21 20:29:18 -04'00'* | 20210721 | CHANDLER.RONALD.UNDRA.1113969 268  GS9, Authorizing Official  *Digitally signed by CHANDLER.RONALD.UNDRA.1113969268 Date: 2021.07.23 10:14:34 -04'00'* | 20210723 |

**DD FORM 214C, AUG 2009**    PREVIOUS EDITION IS OBSOLETE.    **MEMBER - 4**

# EXHIBIT G

   

BS"D

**From the Desk of:**
**Lt. Cmdr. Adam Goldberg, US Navy (Ret.)**

 

28 Apr 25

Subj: LETTER OF RECOMMENDATION REGARDING MR CORY HAMBLEY

To Whom It My Concern,

This letter of recommendation is to amplify the good character of Mr Cory Hambley. As Cory's Officer In Charge / Supervisor, he worked directly for me in the US Navy from 2014 to 2018, during that time I got to know Cory as a hard charger and a very reliable subordinate. Cory always produced superior work and was the team member I could rely on, not only to do his job well but, take on additional tasks and get it done early and superbly.

If you have any questions please feel free to reach me at the contact information above.

Very Respectfully,

# EXHIBIT H

Cory R. Hambley

My goal is to utilize my expert tactical, technical, and operational knowledge and expertise with the AEGIS Weapon/Combat System elements as an Aegis Missile Defense Program Analyst/Program Manager in Dahlgren, VA. I am a prior AEGIS FIRE CONTROLMAN CHIEF with 20 years of Aegis technical and tactical experience with all AEGIS In-Service Baselines and configurations (5.x/6.x/7.x/9A/B/C/TI-12/DDG and CG) and Aegis BMD Baselines and configurations (3.6/4.x/5.x/Aegis Ashore). I have extensive program and project management experience as the Combat Systems Maintenance Manager for multiple Aegis Ashore watch-teams and aboard DDG. As CSMM, I coordinated with both IWS and SW/AB Program Offices for the development, delivery testing, and feedback of the Aegis BL 5 (BMD 3.6/4.X), BL 6, BL 7, BL 9 (BMD 5.X) Programs for AWS. I was also responsible for the maintenance and logistics planning and management of the entire ACS as well as serving as principal liaison and technical POC for all Aegis Weapon and Combat System Hardware and Software installs and upgrades. I hold an active TOP SECRET/SCI clearance I claim a 10-point Veterans Preference and am eligible for Direct Hire.

**Key Skills:** **Analytical Concepts, Policies and Principles; Analytical Techniques; Oral Communication; Problem Solving; Reporting and Recommendations**

**PROFESSIONAL EXPERIENCE:**

**Missile Defense Agency**                                **1 yr 8 mos** (40hrs per wk)          **Apr 23 – Dec 24**
**Sea Based Weapons Operational Research Analyst**
**TS/SCI Clearance**

- Serve as Aegis BMD Weapon System Lead SME for operational employment of the weapon system
  Responsible for development, coordination and release of all requests for information and requests for analysis (RFI/RFA) on Aegis BMD Weapon Systems performance to support US Navy Fleet Commanders, Combatant Commanders and other stakeholders
    - Leads coordination among multiple mission stakeholders (Joint Analysis Team, FFRDC/UARC, Navy) in providing analysis to support operational deployment of Navy's Aegis Guided Missile Destroyers (DDGs) against ballistic missile and hypersonic threats
        - Collaborates cross-organizationally with MDA, military services, other government agencies, and contractor personnel to support data analysis requests
    - Provides technical support to US Navy and Missile Defense Agency in the operational readiness and deployment of Aegis BMD Weapon Systems in real world conflicts
    - Prepares data analysis material used to support US Navy leadership decisions for real world deployment of DDGs (briefs, white papers, fact sheets, status reports, progress reports, and information papers)
    - Develops and coordinates daily operational status to Missile Defense Agency and US Navy leaders

**Millennium Engineering and Integration Co**              **8 mos** (40hrs per wk)          **Apr 21 – Apr 23**
**Sea Based Weapons Test Analyst**
**SECRET Clearance**

- Serve as Aegis Ashore BMD Test and Integration Lead SME
- Ensure Aegis Ashore equities are and requirements are accounted for within Ground Tests (GT), Flight Tests (FT), Hardware in the Loop (HWIL) Tests, Developmental System Under Tests (DSUT), Elemental Pairwise (PW) Test, Critical Experiment Tests, and Fleet Exercises
    - Leads coordination among multiple mission stakeholders (Mission Director, Mission Manager, Integrated Event Test Team, and element Mission Management Team) in the planning, coordinating, integrating, and executing Sea-Based Weapon Systems Tests
        - Collaborates cross-organizationally with MDA, military services, other government agencies, and contractor personnel to support test execution
    - Provides technical support in the execution phase test readiness reviews; identify, generate and manage schedules, requirements and other documentation in support of flight test operations; support test analysis and post-mission reporting in direct support to the Mission Test Director and Mission Execution Team members.
    - Prepares execution material used during countdown events; prepares decision-quality materials such as briefings and supporting documentation (white papers, fact sheets, status reports, progress reports, and information papers) for senior level reviews and mission milestone meetings.
    - Develops and coordinates daily operational schedules for on-time /on-readiness mission execution.

- DAWIA Level I and II PM certified, Level III in progress

## US NAVY EXPERIENCE:

**COMNAVSURFLANT SAFETY OFFICE N45**                    **10 mos** (40hrs+ per wk)     **Jul 20 – Apr 21**
**Safety Assessor**
**SECRET Clearance**

- Work with TYCOM Staff to implement, control and assess safety programs and requirements throughout the U.S. Navy Surface Force
  - Managed Near-Miss Incident Reports for CNSL/CNSP
  - Served as Data Base Manager for the Joint Lessons Learned Site/SharePoint for the Near Miss Program at CNSL/CNSP

**US AEGIS ASHORE MISSILE DEFENSE SYSTEM POLAND**     **2yr 5m.** (40+hrs per wk)     **Feb 18 – Jun 20**
**Combat Systems Maintenance Manager / Team Leading Chief Petty Officer**
**SECRET Clearance**

- First deployed Combat Systems Maintenance Manager in Theater (2019)
- Worked with AAEA Prime Contractor and AA Program Office to manage Aegis HW/SW installations and upgrades that were occurring in theater
- Qualified Combat Systems Coordinator (CSC), Ballistic Missile Defense Officer (BMDO), Combat System Officer of the Watch (CSOOW) watchstations
- Led 10 Sailors through two OFRP training cycles and one deployment

**US AEGIS ASHORE MISSILE DEFENSE SYSTEM ROMANIA**     **3yr 5m.** (40+hrs per wk)     **Oct 14 – Feb 18**
**Team Leading Chief Petty Officer**
**SECRET Clearance**

- Precommissioned Aegis Ashore Romania HN1 Site
- Managed the day to day watchstanding and maintenance activities for watchteam and maintainers in Theater; ensuring HN1 BMD system was operationally available (Ao) at 100% during my deployment cycles
- Qualified Combat Systems Coordinator (CSC), Ballistic Missile Defense Officer (BMDO), Combat System Officer of the Watch (CSOOW), Missile Systems Supervisor (MSS), Joint Tactical Terminal (JTT) watchstations.
- Led the first Operational watchteam for Aegis Ashore to deploy in theater
- 2 Operational Deployment

**CENTER FOR SURFACE COMBAT SYSTEMS PEARL HARBOR**     **3 yr** (40+hrs per wk)     **Dec 10 – Dec 13**
**Instructor/Trainer/ Master Training Specialist**
**SECRET Clearance**

- Qualified as Master Training Specialist
- Instructor of the Year for CSCS Detachment 2012
- Supported the MDA and IWS Program Offices by providing IAMD training to Sailors
- Technical/Operator/Team skills providing support for Center for Surface Combat Systems (IAMD Training, BMD/Non-BMD).
- Qualified instructor for: AEGIS Baselines: 3.6/4.0/5.3/9.A,B,C/6.3/7/8 AWT (Advanced Warfare Training) IAMD for both C7F and C5F AORs.
- Qualified MSS and CSC watchstations for all AEGIS Baselines in all AWT IAMD.
- Qualified instructor for: AWT Phase I Aux Systems, MK84 and ACSSFC 400hz Self-Assessment and Groom Training courses.
- Trained 550+ Sailors on 10 ships in IAMD missions as instructor for Advanced Warfare Training (AWT) Phase II and III and BMD Systems Operations (SYSOPS)
- Prepared ships for BMD Qualification (IAW COMNAVSURFOR 8820 Series instruction) and deployments to 5th, 6th and 7th Fleet AORs. Trained Sailors to support LDO, Cued Support, Launch on Remote and Engagement, and GU missions in support of the Ballistic Missile Defense System.
- Qualified instructor for BMD SYSOPS (6 CINs for BMD Qualification for 3.6.1 and 4 CINs for 4.0)
- Graduate of Maritime BMD Course, BMDS Staff Course, and BMDS Staff Planning Course

## SHIPBOARD EXPERIENCE:

**U.S. Navy**                                **6 mos** (40+hrs per wk)     **Apr – Sep 18**
**USS BAINBRIDGE (DDG 93)**
**SECRET Clearance**
Combat Systems Maintenance Manager

- As CSMM, coordinated, scheduled and managed all maintenance on Aegis Weapon System and Aegis Combat System equipment
- Coordinated with IWS to receive, install, and test various hardware and software upgrades
- Served as the Logistics Lead for the ship, managing the procurement and installation of parts for the Aegis Weapon System
- Managed the Combat Systems Maintenance Project, including editing and prioritizing list of jobs for the next Ship Readiness Availability to support service life upgrades to the DDG
-  Qualified as CSC and AAWC
- Volunteered to serve as ship's Combat Systems Maintenance Manager for two major evolutions: NATO BALTOps / Joint Warrior Exercise, and Carrier Strike Group Training cycle

**U.S. Navy**                                **2yr** (40+hrs per wk)     **Jul 08 – Jul 10**
**USS COLE DDG 67**
**SECRET Clearance**
AEGIS FC Technician /Leading Petty Officer

- Qualified AAWC, CSC
- As LPO, managed the maintenance and training on all Aegis Weapon System equipment
- Command Curriculum and Instructional Standards Officer
- 4 Operational Deployments to 5th and 6th FLT AORs

**U.S. Navy**                                **5yr 6m.** (40+hrs per wk)    **Jan 03 – Jul 08**
**USS OSCAR AUSTIN DDG 79**
**SECRET Clearance**
AEGIS FC Technician / Work Center Supervisor/Leading Petty Officer

- Qualified MSS, CSOOW.
- Qualified 3M WCS, Dept 3MC
- 4 Operational Deployments to 5th and 6th FLT AORs

## EDUCATION
- Academic:
  - **Masters of Science, Business and Finance,** In Progress (anticipated 2026), UAGC
  - **Bachelors of Arts, Organizational Management,** Feb 2015, Ashford University
  - **Associates of Arts,** May 2011, Coastline Community College

- Non-Academic:
  - S-2G-0251, Maritime Ballistic Missile Defense Staff Officer Course, 5/12, 1 week
  - AEGIS BMD 3.6.3 System Operations, 09/11, 1 week
  - AEGIS BMD 4.0.2/3 System Operations, 11/11, 1 week
  - AWT 5.3/3.6.IAMD, 08/11, 1 week
  - AWT 5.3/4.0 IAMD, 10/11, 1 week
  - AWT 6.3 IAMD, 03/12, 1 week
  - AWT 7.1 IAMD, 04/12, 1 week

- Defense Acquisition Workforce Improvement Act Program / Defense Acquisition University Courses:
  - ACQ 101- Fundamentals of Systems Acquisition Management, 03/19
  - BFM 050- Planning, Programming, Budgeting & Execution, 09/20
  - CLB 007- Cost Analysis, 08/20
  - CLC 011- Contracting for the Rest of Us, 08/20

- CLE 004- Introduction to Lean Enterprise Concepts, 09/20
- CLE 022- Program Manager Introduction to Anti-Tamper, 09/20
- CLE 023- Modeling and Simulation in Test and Evaluation, 08/20
- CLE 076- Introduction to Agile Software Acquisition, 5/21
- CLL 006- Public-Private Partnerships, 09/20
- CLL 008- Designing for Supportability in DoD Systems, 08/20
- CLL 011- Performance Based Logistics (PBL), 08/20
- CLM 025- Commercial-Off-The-Shelf (COTS) Acquisition for Program Managers, 09/20
- CLM 031- Improved Statement of Work, 09/20
- CLV 016- Introduction to Earned Value Management, 08/20
- CON 070- Source Selection, 11/20
- CON 121- Contract Planning, 10/20
- ENG 101- Fundamentals of Systems Engineering, 08/20
- FE   201- Intermediate Facilities Engineering, 4/21
- LOG 100- Life Cycle Logistics Fundamentals, 08/20
- PMT 170- Risk Management, 09/20

**PROFESSIONAL LICENSES AND CERTIFICATIONS:**

- Combat Systems Senior Enlisted, 10/17 (NEC 1321, 725A)
- Combat Systems Maintenance Manager, Commercial Off The Shelf (COTS), Obtained 08/17 (NEC 1104, V56A)
- AEGIS Combat System (BL4) Maintenance Supervisor, 08/17 (NEC 1104)
- AEGIS FCS MK-99/Operational Readiness Test System/Ballistic Missile Defense (BMD) 3.6 Technician, 06/16 (NEC 1114)
- AEGIS Fire Control System (FCS) Ballistic Missile Defense 5.X Technician, 10/15 (NEC 1095)
- Fiber Optics Maintenance Technician, 05/15
- AEGIS Weapon System (AWS) Technician Baseline 9C AEGIS FCS Supervisor, 10/14 (NEC 1392)
- AEGIS Fire Control System Technician, Track III, 02/14 (NEC 1148)
- AEGIS Ballistic Missile Defense Weapon System Supervisor, 03/13 (NEC 1112)
- Navy Master Training Specialist, Obtained 11/11
- Navy Instructor, Obtained 08/10 (NEC 9502)
- AEGIS Weapon System (AWS) Supervisor Baseline 5.3, Obtained 04/09 (NEC 1342)
- Safety Technician, Obtained 07/07 (NEC 9571)
- FCS Technician Obtained 02/03 (NEC 1143)

**References:**

Robin McBrayer
Supervisor, MEI


Lamont James
Govt Supervisor, MDA

Cliff Kelly
Military Supervisor, Aegis Ashore Romania

# EXHIBIT I



**Upper Middlesex**
VOLUNTEER FIRE DEPT

📞 804.758.5200
✉️ waterviewfire@gmail.com
📍 4583 Water View Rd.
   Water View VA 23180
✉️ PO BOX 75
   Church View VA 23032

To Whom It May Concern:

I am pleased to write this letter on behalf of Cory Hambley. Cory joined the Upper Middlesex Volunteer Fire Department, Inc. (UMVFD) in November 2021 and has remained an active member in good standing with the department and its by-laws ever since.

Throughout his time with UMVFD, Cory has consistently demonstrated dedication and commitment to the department. He has actively participated in fundraisers, training sessions, emergency calls, and various community events. His involvement has made a meaningful impact on both the department and the public we serve.

It has been a pleasure to witness Cory's growth as a firefighter. His passion for the fire service is evident, as is his strong desire to continually learn and improve. Cory embodies the values of our department.

Sincerely,
Patrick Burch
Assistant Chief of Operations
Upper Middlesex Volunteer Fire Department, Inc.

# EXHIBIT J



To: Whom it may concern

From: Greg Chambers
Building Chair, Habitat for Humanity of Middlesex

    It has been a pleasure working with Cory Hambley at the Cryer center in support of Hands Across Middlesex and Habitat for Humanity of Middlesex. Cory has been working with us regularly in support of the Food Pantry, and the Backpack Buddy program. Cory has been helping us unload the truck with our USDA delivery from the Pantry to prepare for the Cryer Center Pantry. He has also helps us pack bags for the Backpack Buddy program. This program prepares weekend meal bags for students at local schools enrolled in the free lunch program.

    It has been a pleasure working with Cory and we appreciate his consistent energy and enthusiasm!

Greg Chambers
Building Committee Chair
Habitat for Humanity of Middlesex VA, Inc

# EXHIBIT K

Carly Kirk



Date: 2-6-2026

Re: Letter for Cory Hambley

To Whom it May Concern,

My name is Carly Kirk and I am Cory Hambley's younger sister. I am writing this letter in support of Cory Hambley, with whom I have maintained a relationship throughout our adult lives. For many years, we both lived in Virginia, an hour or two apart.

Over the time I have known Cory, I have observed consistent examples of thoughtful kindness and generosity. In past years, Cory regularly helped friends when he could, offering Navy friends to live in his house when needed, whether for short assignments or another need, like going through a divorce. Cory has provided for his adult step-son, who has autism and is unable to live independently. He welcomed our parents to live in his home so they could be closer to us, while covering many housing expenses. Cory has been generous with our family, hosting events and providing food and gifts. He enjoyed providing for his family and bringing people together. Cory was always kind and generous to me personally, often dropping off an unannounced weeknight dinner or thoughtful gifts for me or my kids. These are firsthand observations based on my direct experience with him. I believe Cory regularly helped people in need throughout his life and I would like to voice my knowledge of the "good" parts of him.

I understand Cory is before the court due conspiracy to create child pornography and other heinous offenses. I do not dispute the seriousness of these matters, and I recognize and appreciate the court's responsibility to balance accountability with rehabilitation and public safety. I have three young children of my own and have spent many hours of the last year thinking about – and deeply mourning – the impact of his actions on the victims and their families.

I believe Cory has taken steps toward rehabilitation, including psychological evaluations and counseling. I have heard deep remorse and regret in his voice. I believe he understands the severity of his actions.

When Cory is someday released, I will provide ongoing support. I can assist with securing housing and transportation, and other reintegration support – though I will have to learn as it comes. I understand the importance of structure and connection, and I am willing to be a reliable part of his support network.

I offer this letter sincerely and voluntarily, based on my experiences and judgment. I believe Cory has the capacity to continue rehabilitation and contribute positively under appropriate conditions and oversight.

Thank you for your time and consideration. Please contact me if additional information would be helpful.

Respectfully,

Carly J. Kirk

# EXHIBIT L

To the Honorable Judge Jackson,


My name is Tom Biedermann from Patchogue NY.  I have been a family friend of the Hambley family for over 60 years and I have known Cory since birth. Cory's father and I met in Kindergarten and have been fast friends ever since.

Having known Cory since birth I can say with certainty that I have never seen him display the least bit of aggression except when playing ice hockey when aggression is part of the game. He is a very nonviolent person.  I have watched as Cory grew into the fine young man that I know.  Cory has made many positive contributions to our society beginning with his naval service.  I know Cory served with honor, earning many accolades during his service including good conduct recognition. Cory spent 20 years serving our country and since his retirement continued to serve as a naval contractor. During his service Cory showed excellent leadership skills, and his level of leadership has helped our country to be prepared against forces that threaten our country.

Since getting married near the end of his naval career and buying a home Cory found new opportunities to serve his community.  I know Cory volunteers his time in several ways all meant to better his community.  The food bank, the local volunteer fire department and even volunteering to help in local elections are a few of the ways Cory has found to contribute.

Your honor, I recognize the severity of the charges in front of you and fully respect the seriousness of the legal process.  However, I humbly ask that you take into consideration all of Cory's positive qualities that also define Cory.  I know just how remorseful Cory is for his actions, but he is also committed to making amends and contributing positively to society going forward.  I believe in Cory's ability to learn from his mistakes and to continue making positive contributions to his community and his country as he has in the past.


Sincerely,

Tom Biedermann

# EXHIBIT M

6 February 2026

Honorable Magistrate,

     My name is Shari DeFreese. I want to begin by thanking you for allowing me to write this letter in support of Cory as you consider his sentence. I have been a tenant, neighbor, and friend of Cory Hambley since 2021, when they bought the property that my rental home sits on. Cory has always been kind, generous, and very respectful to me. If I ever needed anything, he would always be happy to help me out or to fix issues for me. He went above and beyond being my landlord; he was a true friend to me.

     I understand the terrible charges against him, but these are not indicative of the Cory that I have known. I was shocked and disappointed when I heard about Cory's arrest and conviction, but I wanted to write this letter to support the kind of man that I know him to be. He has accepted responsibility for the crimes he committed, and I hope that this letter will assist you as you consider his sentence. I am hoping he will be able to get a sentence that is just, but will also allow him to receive treatment and rehabilitation for his mental illness so that he can still have a meaningful life after incarceration.

Very Respectfully

Shari DeFreese

# EXHIBIT N

6 February 2026

Honorable Magistrate,

My name is Carol Hambley. I want to thank you for allowing me to provide this letter in support of my son Cory. I am hoping that you will consider this letter as you determine his sentence. My son Cory is here today for his sentencing on federal child pornography charges. This is an egregious crime by any standard, but most especially as a mother who raised 3 children and has several young grandchildren. This crime has devastated so many people: the innocent victims and their families, as well as our own family. I was shocked and angry about my son's crimes. It was particularly shocking to me because it is not a reflection of the child I raised or the man I have known and loved.

Cory is my middle child. He had an idyllic childhood in the sense that he was raised in a middle-class two-parent home with his older brother, younger sister and his cousin who came to live with us when his own parents passed away. Besides being very stubborn and asserting his need for independence, I have no memory of him getting into trouble or misbehaving other than the normal dust ups between siblings.

I was surprised when Cory came home at age 17 and asked us to sign a waiver form allowing him to enlist early in the Navy. He was placed in the military's Delayed Entry Program and attended school for his senior year until he graduated and was able to depart for Navy bootcamp in the summer of 2001. During his Navy service (2001 to 2021), my communication with Cory was not regular, a few phone calls on holidays, a couple of visits while he was granted leave, and the occasional email; not enough time or detail to get a sense that Cory was struggling.  Cory served honorably for 20 years and was recognized as a leader. He retired as a Chief Petty Officer/E7 and received many accolades and awards in his career, including 2 Navy Achievement Medals and 5 Good Conduct Medals, which recognized his hard work and good behavior.

In 2014, Cory brought his girlfriend from Hawaii to spend Thanksgiving and Christmas holidays with the family in Long Island. When his shore duty ended, he asked Shawna to marry him and invited her to move with him to Norfolk with her two teenagers. In December 2015, they were married in front of our entire family.  The change in Cory was evident; he seemed happier and we spoke regularly and have grown closer since 2015. My husband and I have been living with Cory and his wife since 2023. This arrangement has worked out well. We have been able to help with the large property that they purchased in 2021. Cory retired from the Navy and admitted to his father and I that he was struggling with depression and anxiety and had sought treatment prior to retirement. He was put on an antidepressant and an anti-anxiety

medication, very little was spoken about this again until after his arrest. Cory transitioned into civilian life, accepting DoD contractor and government positions supporting the Missile Defense Agency. He also began volunteering locally as an election official and assisted at the local foodbank several times a month in addition to volunteering at the local firehouse. He was very generous with his friends, family, and shipmates as well. He would often send money to his brother to help with his expenses. He bought groceries for a high school friend who needed some extra help. He even paid a friend's mortgage so that he would not face foreclosure.

Life changed in late November 2024 when we were served a federal search warrant on the property. We had no idea what was happening until hours later when Cory shared the search warrant with us. To say it was shocking would be an understatement. Unlike our older son, who has struggled with alcohol and drug addiction, Cory had never been in trouble…ever. The Cory I have come to know is a conservative Christian man who is often a little outspoken on the importance of God, the US Constitution and the rule of law. He is what I would call a "Proud Patriot". Cory had always espoused the importance of living a life of integrity. The search warrant and subsequent conviction were a stark contradiction to the man and son that I know.

During this process, I have come to know and understand the other side of Cory; the side we did not know or see. We have come to understand details of how this all evolved and I have had to face some very hard truths. Especially the fact that I can love my son and not like him or the things he has done. There are also extraneous factors that shaped him and may have been underlying contributors to his crime. Since he became incarcerated, Cory has been formally diagnosed with Bipolar Disorder, Autism Spectrum Disorder, and Dyslexia. As I have learned more about mental health issues and as I reflect on his childhood, I now remember things that could have been symptoms of some of these. This was not something that was really focused on back in the 1980s and 90s. I never thought he had issues or needed medication; we simply did our best to ensure we were providing a safe and stabile life for all our children. This is not an excuse; it is just the truth.

In subsequent conversations with Cory, his wife and his doctors, I found out that Cory was exposed to an enormous amount of pornography during his Navy time and it began almost at once. He was on ships where it played 24 hours a day underway, where Sailors traded magazines and movies openly and this all resulted in his addiction and desensitization to pornography. As the desensitization increased, he began to seek more and more taboo and more graphic pornographic materials. I was never aware that this was even an issue until we discussed it with both Cory and Shawna after the search warrant incident. Cory indicated that his struggle with porn addiction increased over the years. Shawna confirmed the Navy pornography issue that she observed during her Navy experience, stating that it aligned with what Cory had said about the availability and amount on ships. I never knew Cory to be bipolar,

but I also was not around him enough as an adult to see the symptoms which likely presented in his early 20s. It wasn't until I became educated on bipolar disorder and had conversations with Cory's therapists that I saw that he had been suffering from bipolar disorder for years. The periods where I saw he was spending money unwisely on things he wanted, such as a Tesla Cybertruck or 2 new expensive gaming computers, those were likely manic episodes. We learned from his doctors that the antidepressant he was on was good for the depression but exacerbated any manic episodes he had. This means his manic episodes since 2021 would have been more intense than previous episodes. His behavior and symptoms would have been worse.

I grieve daily at what has happened here, mostly for the victims and their families. I also grieve for my son and the loss of him and his future. His father and I plan to continue supporting him by moving to be near him at the facility where he will serve his sentence. We will also be there when he is released to help him make a successful transition back into society because that is what we need to do as his parents. Again, I appreciate the opportunity to speak in support of my son and hope that this letter gives you insight as you consider his sentence. I know that I am biased as his mother, but I feel that he can be rehabilitated during his sentence so that he can be a productive and positive member of society once again.

Sincerely and respectfully,

Carol Hambley

# EXHIBIT O

February 4, 2026

Dear Judge Jackson,

I am writing this letter to provide a character reference for my nephew, Cory Hambley. Cory understands the gravity of his actions, and I know how deeply he regrets the decisions that led to this moment. He has taken responsibility and is committed to making things right

Cory has expressed deep regret and shame for his actions and fully understands the impact they have had on others. He truly seems remorseful and sincere about taking responsibility for what he has done. Cory has always contributed to helping his community and taken care of his family. He was a member of the local volunteer fire department and was restoring an old school house that the community could use for local events.  When his wife's mother got sick Cory was the one that took her to chemotherapy for her treatments.

He has always been a responsible person and having no children of our own, the one my husband and I chose to be the executor of our estate.  We chose him because of his character and dedication to doing the right thing.

Your Honor, I respectfully ask that you take into account Cory's true character, his remorse for his actions, and his commitment to making amends for what he has done. I believe that he's learned a profound lesson from this experience and that he will make meaningful contributions to society moving forward. Thank you for your time and consideration.


Regards

Janet Bastiaanse

# EXHIBIT P

The Honorable Magistrate,

I write with deep respect for the Court and with full recognition of the seriousness of the matter before you. I submit this letter in support of Cory Hambley who is currently charged with federal child pornography offenses. I do so solely to provide personal context regarding his character, mental health challenges, and capacity for rehabilitation, not to excuse or diminish the gravity of the crime.

I met Cory five years ago when I interviewed and hired him to work on my team. In a professional setting, Cory was reliable, respectful, and cooperative, and he earned the respect of his peers. Over time, my husband and I became friends with Cory and his wife Shawna, and we socialized together outside of work. Through this personal relationship, we came to know Cory beyond the workplace as someone who valued relationships and community.

During our friendship, we shared common interests, including a mutual love of animals, reading, and writing. We often engaged in friendly, thoughtful debates on everyday topics—ranging from the best placement for a mailbox to the benefits and shortcomings of electric vehicles. These interactions consistently reflected Cory's ability to engage respectfully with differing viewpoints, to think critically, and to interact socially in a non-confrontational and appropriate manner.

I want to be unequivocally clear that I do not minimize the seriousness of federal child pornography offenses or the real and lasting harm such crimes cause, particularly to vulnerable victims. I recognize the Court's obligation to protect the public and to impose a sentence that reflects the severity of the offense. My purpose in writing is not to challenge the charge or the law, but to respectfully ask the Court to consider factors relevant to sentencing and placement, including mental health treatment and rehabilitation.

Having learned that Cory has long struggled with mental illness, it is my sincere belief that these challenges significantly impaired his judgment and decision-making. While mental illness does not excuse criminal behavior, I believe it is an important consideration when determining the most effective way to hold an individual accountable while also reducing the risk of future harm. In my experience, Cory has been capable of reflection, remorse, and compliance within structured environments.

Since his incarceration, Cory has expressed remorse and an understanding of the seriousness of his actions. He has communicated a desire to participate in treatment and to address his mental health issues directly. I believe that placement in a facility that provides specialized mental health care and sex-offense-specific treatment would best serve the goals of accountability, public safety, and rehabilitation.

I respectfully ask the Court to consider imposing the minimum sentence permitted under the law and to recommend placement in an environment that allows Cory access to appropriate mental health treatment and rehabilitative programming. I believe that such an approach would help ensure public safety while offering the possibility—however difficult—that Cory may one day function as a law-abiding and productive individual following incarceration.

Thank you for your time and careful consideration of this matter.

Respectfully,

Robin McBrayer

# EXHIBIT Q

2/4/26

The Honorable Judge Jackson,

I am writing this letter on behalf of my son, Cory Richard Hambley.  I first want to acknowledge his behavior was unacceptable and I write this with the utmost sensitivity and compassion for the victims and their families.  Since Cory has been charged, I have learned that for the last several years Cory's life has gone on a downward spiral to the point that he was involved in some things that horrify me as a father.  With that said, and with his full digital history available to the federal prosecutors, one can see this was not his usual behavior but behavior that took over due to his downward spiral seeking thrills. This does not excuse Cory, but I hope it shows you this is recent behavior that escalated and not a lifetime pattern.

Cory has always demonstrated a remarkable level of drive, responsibility, and vision. Beginning as a young man, Cory has shown a strong moral compass and a genuine concern for the well-being of those around him. Cory has demonstrated the principles of kindness, respect, and diligence through his actions within the family, his contributions at school, and his 20 years of service in the United States Navy.

One of Cory's most admirable traits is his unwavering commitment to hard work. He approaches challenges with determination and an open mind. Cory strives to learn and grow from the experiences he encounters. From an early age Cory's ability to handle responsibilities with maturity and dedication has earned him the respect of his family, peers, officers, and mentors alike.  I see Cory is applying all his admirable traits to overcome his recent behavior by being proactive with treatment programs and taking full responsibility for his actions.

In addition to his strong work ethic, Cory has always displayed a natural talent for connecting with people. He values closeness and always displays great empathy for those people he connects with. His positive attitude, encouragement and emphatic nature inspire those around him, including me.
Cory has shown that he holds himself to high standards and takes pride in his accomplishments while remaining humble and considerate. I passionately believe that these qualities will serve him well as he navigates the future stages in his life.

I pray, given this is Cory's first engagement with the law, that when you sentence Cory you consider the love and support Cory has that will help Cory overcome life's obstacles. In closing, whatever the sentence, it is my hope you can find it in yourself to provide Cory with the opportunity to prove his genuine remorse and allow his commitment to improvement lead you to provide Cory some type of avenue to earn his freedom.

Thank you for taking the time to read a father's desperate plea.

Sincerely,

Charles (Corys Dad) Hambley

███████████

███████████

# EXHIBIT R

HONORABLE JUDGE JACKSON,

I WOULD LIKE TO THANK THE COURT FOR READING AND CONSIDERING THIS LETTER PRIOR TO MY SENTENCING. FIRST AND FOREMOST, I WOULD LIKE TO FORMALLY APOLOGIZE TO MY VICTIMS. I AM TRULY SORRY FOR MY ACTIONS. AND THE TERRIBLE IMPACT THEY'VE HAD ON YOUR LIVES. MY ACTIONS HAVE HURT YOU PHYSICALLY, EMOTIONALLY, SPIRITUALLY AND IN MORE WAYS THAN I CAN FATHOM. I AM SO SORRY THAT I HAVE HARMED YOU. I HAVE DAMAGED YOUR ABILITY TO TRUST, YOUR RELATIONSHIPS AND YOUR WHOLE LIFE. THERE IS NOTHING THAT I CAN SAY OR DO TO REPAIR ALL THE HARM I'VE CAUSED EACH AND EVERYONE OF YOU. I WOULD LIKE TO APOLOGIZE TO EACH VICTIM PERSONALLY, HOWEVER, I DO NOT WISH TO FURTHER HARM YOU BY HEARING FROM ME IF IT'S AGAINST YOUR WISHES. SO I WILL NOT REACH OUT TO YOU UNLESS YOU MAKE IT CLEAR YOU WANT TO HEAR FROM ME. ALSO IF YOU WANT TO VENT TO ME, OR EXPRESS THE HARM I'VE DONE TO YOU, WITHOUT ME RESPONDING, I WELCOME ANYTHING YOU WANT TO SAY TO ME. I KNOW I'VE ACTED LIKE A MONSTER, AND THAT I HAVE PREY'D UPON YOU. I'LL MAKE YOU ALL A PROMISE, RIGHT HERE AND NOW, THAT I'LL NEVER HAVE ANOTHER VICTIM, I WILL NEVER LOOK AT OR CREATE ANY PORNOGRAPHY FOR THE REST OF MY LIFE, AND ONCE I AM DONE PAYING THE COURT ORDERED RESTITUTION, I'LL DONATE A PORTION OF MY FUTURE INCOME TO A CHARITY FOR THE VICTIMS OF CHILD EXPLOITATION. WHAT I DID IS UNFORGIVABLE, IT IS NOT PART OF MY MORALS OR THE WAY I'LL LIVE MY LIFE MOVING FORWARD. I HAVE BROUGHT DISCREDIT AND DISGRACE TO ME, MY FAMILY, MY COUNTRY, MY NAVY, AND MY NATION. MY ACTIONS WERE IN COMPLETE CONTRAST TO THE MORALS MY FAMILY RAISED ME TO LIVE BY, AND THE CORE VALUES OF MY NAVAL HERITAGE.

TO MY MOTHER, FATHER, AND THE REST OF MY FAMILY, I THANK YOU FOR THE UNCONDITIONAL LOVE AND SUPPORT YOU'VE SHOWN TO ME. I LOVE YOU ALL AND CAN NEVER EXPRESS HOW TRULY SORRY I AM FOR THE HURT, WORRY, AND EMBARRASSMENT YOU HAVE HAD TO ENDURE BECAUSE OF ME I BEG THAT YOU ALL STAY SAFE AND HEALTHY. SO THAT ONE DAY, YOU'LL BE ABLE TO SEE ME WALK FREE FROM MY SENTENCE AND MY SINS. TO MY BEST FRIEND AND SOULMATE CYRINTHIA, YOU ARE THE VERY BEST THING TO HAVE EVER HAPPENED TO ME I LOVE YOU WITH ALL MY HEART AND SOUL. I SOLEMNLY SWEAR BY EVERY OATH I KNOW, UPON MY LIFE, MY FORTUNE, AND MY SACRED HONOR; BY THE FATHER, THE SON, AND THE HOLY SPIRIT; THAT I WILL NEVER LOOK AT, CREATE, OR HAVE ANY ASSOCIATION WITH ANY TYPE OF PORNOGRAPHY FOR THE REST OF MY LIFE, AND I WILL STRIVE TO NEVER BETRAY YOUR TRUST AGAIN, IN ANY CAPACITY.

SO HELP ME GOD

Your Honor, From The Moment That The Police Executed The Search Warrant That Started This Process, I Have Been Actively Trying To Turn My Life Around. I Was Voluntarily Going To Sex Offender Therapy. It Was There That I Came To Realize And Accept The Fact That I've Been Addicted To Pornography Since My Early Years In The Military. During That Time, I Was Using Cognative Distortions Such As Rationalization, Minimization, And Denial To Justify My Addiction And My Actions. Ultimately There Can Be No Justification For The Unjustifiable. Since I've Been Incarcerated I Have Embraced My Faith And Have Re-Dedicated My Life To God And To Live A Life Not of Selfishness But of Selflessness. I've Taken It Upon Myself To Continue My Sex Offender Therapy By Embracing The Teaching of Sex Addicts Anonymous (SAA), And I Will Be Affiliated With Them For The Rest of My Life. My Active Participation With Them Will Be Key To Prevent Me From Relapsing Back Into A Life With Pornography During My Incarceration I Plan To Pursue A Graduate Degree In Either Theology or Divinity. I Will Also Actively Embrace And Engage In Any Program Or Therapy I Can To Accelerate My Rehabilitation Because I Am Fully Resolved To Being A Healthy, Functioning, And Productive Member of Society Again.

I Would Like To Thank My Legal Team of Robert Gottlieb And Associates, And Mr. Mario Lozello For Their Excellent Representation And Counsil With My Case. I Would Also Like To Thank The Court, The Entire Prosecution Team, The Middlesex's Sheriffs Department, And All The Other Officers, Agents, And Marshals For Their Professionalism, And The Service They All Provide To This Nation, That I Love Dearly.

Thank you For Taking The Time To Read This, Your Honor. If It Is Possible For My Future Incarceration To Be Located Near Central Virginia To Make Travel Easier On My Parents And Family. I Would Be Greatly Appreciative. While I Have No Excuse For My Actions, I Swear Under Oath, That I Will Never Use Any Type of Pornography In My Life Ever Again. This Will Be Last Time I Stand Before You, Or Any Judge For Charges of This Nature. May God Bless you, Your Honor. And God Bless The United States of America

Sincerely,

Cory R. Hamdley